# LODGED

OCT 17 2017 **IN THE UNITED STATES DISTRICT COURT**

Clerk, U.S. District Court
District Of Montana
Billings
**FOR THE DISTRICT OF MONTANA**



OCT 1 7 2017

Clerk, U.S. District Court
District Of Montana
Billings

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

**JOHN WILLIAM WHEELER**      No. **CR 17-78-BLG-SPW-03**

DOB:    1989           **PETITION TO OPEN JUVENILE RECORDS**

SSN:  XXX-XX-6510

Whereas the above-name defendant entered a plea of Guilty to the offense of Conspiracy to Possess with Intent to Distribute and Distribution of Methamphetamine in violation of 21 U.S.C. § 836 and Prohibited Person in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the Defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

*Tanya L. Wilson*
U.S. Probation Officer

October 17, 2017
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

*Susan P. Watters*
United States District Judge

Dated this _17th_ day of _October_, 2017.