IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN WILLIAM WHEELER,<br><br>Defendant. | CR 17-78-BLG-SPW-3<br><br>ORDER |

For the reasons stated on the record, JOHN WILLIAM WHEELER is hereby released from the custody of the U.S. Marshals Service.

DATED this 20th day of October, 2026.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge